UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS CORNELL JACKSON,
    Plaintiff,

v.                                       Case No. 2:18-cv-15

UNKNOWN PERALA, et al.,           HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed an Emergency Motion to Stop Threats of Death, Physical Harm and Other Harassment During the Pendency of this Civil Action by Prison Guard Douglas Black. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 17, 2019, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. On February 14, 2019, the Magistrate Judge granted a request by Plaintiff for an extension of the deadline to file objections. However, no objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 41) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Emergency Motion to Stop Threats of Death, Physical Harm and Other Harassment During the Pendency of this Civil Action by Prison Guard Douglas Black (ECF No. 39) is DENIED.

Dated: March 22, 2019                                        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge