UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS JACKSON #748757,

    Plaintiff,

v.

    Case No. 2:18-cv-15

UNKNOWN KOKKO, et al.,

    Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

This is a civil rights action brought brought by a state prisoner under 42 U.S.C. § 1983. On October 23, 2020, the Court entered a Case Management Order (CMO) setting a June 7, 2021, jury trial, and providing that Jackson's Pretrial Narrative Statement was due on or before April 7, 2021. (ECF No. 128.)  Plaintiff did not timely file a Pretrial Narrative Statement, even though the Case Management Order warned that Plaintiff's "failure to file a Pretrial Narrative Statement will result in dismissal of plaintiff's complaint for failure to prosecute and to comply with the orders of this Court."  The magistrate judge issued a Report and Recommendation (R&R) recommending that the Court dismiss Jackson's complaint, pursuant to Fed. R. Civ. P. 41(b), due to Jackson's failure to file a Pretrial Narrative Statement.  (ECF No. 130, PageID.1539.)  Plaintiff filed an objection to the R&R (ECF No. 136) as well as two motions for extension of time (ECF Nos. 135 and 145.)  On May 18, 2021, the magistrate judge issued an order (ECF No. 147), granting Plaintiff's motions for extension of time and allowing Plaintiff until June 4, 2021, to file his supplemental pretrial narrative statement.

2

Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 130) is **REJECTED AS MOOT.**

Dated:   May 19, 2021                             /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  UNITED STATES DISTRICT JUDGE